UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 241 |
| v. | ) | Hon. Arlander Keys |
| | ) | |
| JOSE EDUARDO SERRANO-ESPINOZA, | ) | |
| ROGELIO SOBERANIS, | ) | |
| ROSALIO SOBERANIS, | ) | |
| MARIANO LOPEZ, | ) | |
| ROBERTO CARLOS SILVA LOPEZ, | ) | |
| HECTOR URBINA, and | ) | |
| REUBEN ROMO. | ) | |

## ORDER

This matter having come before the Court on the ex parte motion of the United States to seal

the criminal complaint and arrest warrants, it is hereby

ORDERED that the criminal complaint and arrest warrants shall be and remain under seal

until the arrest of the defendants, but not later than April 2, 2008, unless further ordered by this

Court.  Notwithstanding this order, the government may disclose the existence of the warrants

insofar as it may deem necessary to effectuate their execution and may disclose the complaint

following the arrest of defendants.

ENTER:

Arlander Keys
Magistrate Judge
United States District Court

Dated: March 24, 2008