# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241-4 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Mariano Lopez | | |

**DOCKET ENTRY TEXT**

The Defendant waived his right to Preliminary Examination. Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings.

Docketing to mail notices.

00:08




| | Courtroom Deputy Initials: | AC |
|---|---|---|