# United States District Court

NORTHERN    DISTRICT OF    ILLINOIS

FILED
APR 1 0 2008
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

MARIANO LOPEZ

## WARRANT FOR ARREST

CASE NUMBER: 08-CR-241(4)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Mariano Lopez

                                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing cocaine, mixtures and substances containing heroin, and marijuana, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2.

Arlander Keys
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

/s/ Arlander Keys
Signature of Officer

03/24/2008 Chicago, Illinois
Date and Location

Bail fixed at $ _____     by _____
                                                                      Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Chicago, IL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/24/08 | Erika Gronuso, SA | /s/ |
| DATE OF ARREST | | |
| 3/27/08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest