# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241-4 | **DATE** | 6/20/08 |
| **CASE TITLE** | USA v Mariano Lopez | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 6/27/08. Pretrial motions to be filed by 7/11/08   Responses to pretrial motions are due by 7/25/08; replies thereto, due by 8/8/08 . Status hearing set before Judge Manning on 8/12/08 at 11:00 a.m.   Same bond to stand.   Time is excluded pursuant to 18:3161(h)(1).   Xt1

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 23 PM 12: 36
FILED-EOD