### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 241 |
| | ) | Honorable Judge Manning |
| MARIANO LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

Now comes the defendant, MARIANO LOPEZ, by and through his attorney, Rachel L. Zebio, and respectfully moves this Honorable Court to grant Mariano Lopez leave to adopt motions of co-defendants to the extent that such motions are not incompatible with the motions presented on behalf of Mariano Lopez by his appointed counsel.

Respectfully submitted,

_____/s/_____
Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Lopez
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 241 |
| | ) | Honorable Judge Manning |
| MARIANO LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**TO:**   AUSA Jacqueline Stern
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on July 11, 2008, I filed electronically with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached, **Motion to Adopt Motions of Co-Defendants.** True and correct copies of each is attached hereto and hereby served upon you.

Respectfully Submitted,

_____/s/_____
Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Lopez
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770

**Certificate of Service**

      I, Rachel L. Zebio, an attorney certify that the attached copy of the document stated above was delivered, electronically, to A.U.S.A. Jacqueline Stern, 219 S. Dearborn, Suite 500, Chicago, IL 60604, and hand delivered to the Honorable Judge Manning, 219 S. Dearborn, Room 2156, Chicago, IL 60604 on this 11th of July, 2008.

                                                                              _____/s/_____
                                                                                      Rachel L. Zebio

Rachel L. Zebio
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770